

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-18-00092-CV**

**IN THE INTEREST OF I.D.C., A CHILD**

_____

**From the 66th District Court**
**Hill County, Texas**
**Trial Court No. CV315-17**

**O R D E R**

Appellant has filed a motion to alter or amend judgment, which the Court construes as a motion for rehearing under Rule 49.1 of the Rules of Appellate Procedure. TEX. R. APP. P. 49.1.

Appellant has also filed a motion to amend or supplement his motion for rehearing. Appellant's motion to amend or supplement is granted by the Court.

The document construed as a motion for rehearing, as amended or supplemented by the foregoing grant of the motion to amend or supplement it, is denied by the Court.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motions granted and denied
Order issued and filed January 2, 2019

